**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EYZLER ELEXANDER REVILLA MEDINA,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,

Respondents.

Case No.: 26cv4237 DMS (JAC)

**ORDER DENYING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Petitioner challenges his detention under 8 U.S.C. § 1225(b) and appears to argue he is being detained in violation of his due process rights. Respondents assert Petitioner's detention is mandated by 8 U.S.C. § 1226(c), therefore the Petition should be denied. The Court agrees with Respondents.

Petitioner is a native and citizen of Venezuela. (Return at 2.) On December 15, 2023, he unlawfully entered the United States, was arrested by border patrol officers, and charged in this Court with alien smuggling under 8 U.S.C. § 1324. (*Id.*) Petitioner was convicted on that charge and sentenced to time served. (*Id.*) A Notice to appear was filed, and upon release from criminal custody on July 2, 2026, Petitioner was taken into

immigration custody. (*Id.*) He is currently detained at Imperial Regional Detention Facility. (Pet. at 1-2.)

Petitioner did not file a Traverse and thus does not disagree that he is currently detained under 8 U.S.C. § 1226(c)(1)(B). Detention under that statute is mandatory unless the Attorney General decides:

> release of the alien from custody is necessary to provide protection to a witness, a potential witness, a person cooperating with an investigation into major criminal activity, or an immediate family member or close associate of a witness, potential witness or person cooperating with such an investigation, and the alien satisfies the Attorney General that the alien will not pose a danger to the safety of other persons or of property and is likely to appear for any scheduled proceeding.

8 U.S.C. § 1226(c)(4). Petitioner did not address any of these circumstances, nor did he raise any other arguments as to why his detention under § 1226(c)(1)(B) is unlawful.

In the absence of any such argument, the Petition is denied. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated: September 3, 2026

Hon. Dana M. Sabraw
United States District Judge